DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSEPH JOHN DEBENEDETTO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2777

_____

June 5, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Kimberly Sharpe Byrd, Judge.

PER CURIAM.

Affirmed.

CASANUEVA, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.